

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2020

Donnelly Conroy & Gelhaar, LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
617-720-2880 ph.
617-720-3554 fx.
www.dcglaw.com

**Joshua N. Ruby**
jnr@dcglaw.com

May 20, 2020

**BY ECF**

Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Granted. SO ORDERED.**

Date: 5/21/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Re:   *R3Asia Pacific, PTE, LTD and R3 Worldwide, Inc. v. Melissa Lea*
       U.S. District Court, Southern District of New York
       Case No. 1:20-cv-01941

Dear Judge Vyskocil:

    Pursuant to Fed. R. Civ. P. 6(b), Local Rule 7.1(d), and Rule 2.G of Your Honor's Individual Rules of Practice in Civil Cases, Defendant Melissa Lea, by her counsel, moves, with agreement and consent of Plaintiff's counsel, to extend from May 21 until June 4, 2020 the date for Defendant to file and serve a pleading in response to the Complaint and Summons served April 16, 2020.  The original due date was May 7, 2020. There has been one prior extension, jointly requested by the parties to allow ongoing settlement discussion.  The reason for the current request is the parties, through counsel, have made substantial progress toward settlement and are now working on but have not yet reached a definitive written settlement agreement.  There is good cause for submission of this request less than 72 hours prior to the May 21 deadline because final negotiation and review of a written agreement have been understandably slowed by Plaintiff's lead counsel dealing with a death in his immediate family, and the resources of the Court and the parties will be conserved by the requested extension.

    For the above reasons, Defendant respectfully requests a two-week extension of time until June 4, 2020 to file and serve a pleading in response to the Complaint and Summons.

Respectfully submitted,

*Joshua N. Ruby*
Counsel for Defendant Melissa Lea

JNR/jlf
cc:   Christian J. Jensen, Esq. (via ECF)
      Howard Matalon, Esq. (via ECF)
      Stanley K Shapiro, Esq. (via ECF)
      T. Christopher Donnelly (via Email)