

Donnelly Conroy & Gelhaar, LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
617-720-2880 ph.
617-720-3554 fx.
www.dcglaw.com

**Joshua N. Ruby**
jnr@dcglaw.com

June 3, 2020

**BY ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2020

Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *R3Asia Pacific, PTE, LTD and R3 Worldwide, Inc. v. Melissa Lea*
            U.S. District Court, Southern District of New York
            Case No. 1:20-cv-01941

Dear Judge Vyskocil:

       Pursuant to Fed. R. Civ. P. 6(b), Local Rule 7.1(d), and Rule 2.G of Your Honor's Individual Rules of Practice in Civil Cases, Defendant Melissa Lea, by her counsel, moves, with agreement and consent of Plaintiff's counsel, to extend from June 4 until June 18, 2020 the date for Defendant to file and serve a pleading in response to the Complaint and Summons served April 16, 2020.  The original due date was May 7, 2020. There have been two prior extensions, jointly requested by the parties to allow ongoing settlement discussions.  The reason for the current request is the parties, through counsel, have made substantial progress and are now working on but have not yet reached a definitive written settlement agreement; drafts have been exchanged and areas of disagreement have been narrowed in the past week.  There is good cause for submission of this request less than 72 hours prior to the June 4 deadline because final negotiation of a written agreement has been understandably slowed by Plaintiff's lead counsel dealing with a death in his immediate family and the Defendant herself dealing with a death in her family this past weekend.  The resources of the Court and the parties will be conserved by the requested extension.

       For the above reasons, Defendant respectfully requests a two-week extension of time until June 18, 2020 to file and serve a pleading in response to the Complaint and Summons.

**Granted. SO ORDERED.**

Date: 6/4/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge